**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WESLEY DURANT,

-vs-                                                              Case No. 6:05-cv-713-Orl-19JGG

ABRAHAM L. WOODS, III, SECRETARY,
DEPARTMENT OF CORRECTIONS, FLORIDA
HOSPITAL EAST ORLANDO, FLORIDA
HOSPITAL ALTAMONTE, S. MOIZUDDIN, E.
AYDUR,

                        Defendants.
_____

## ORDER OF DISMISSAL

On June 22, 2005, the Court ordered Plaintiff to file a second amended complaint within twenty days from the date of the Order (Doc. No. 7).  On July 19, 2005, the Court entered an Order allowing Plaintiff an additional fifteen days within which to comply with the Court's Order of June 22, 2005 (Doc. No. 10).  Further, the Court notified Plaintiff in both of the above-referenced Orders that the failure to comply would result in the dismissal of the action without further notice.  As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __11th_____ day of August, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 8/9
Wesley Duran